Oct. 22, 2015

80,206-03,04,05,06

To: Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

From: Gerardo Gonzalez #1473026
WYNNE UNIT
810 F.M. 2821
Huntsville, Texas 77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

Re: Gonzalez, Gerardo v. The State of Texas
Trial Court Case No. 1108256 A/B - 1108257 A/B

Your notice has been received. Please be advise:

I send two writ application of Habea Corpus art. 11.073 challenging a scientific evidence "Junk Science Writ" and a double jeopardy claim. In the 183rd District Court of Harris Co., Houston Texas. Address to (Mr. Chris Daniel, district clerk) dated June 19, 2015, by certified mail to file. Pursuant to Art. 11.07, section 3(b) of the Code of Criminal Procedure. Also a letter advising Clerk of the bad faith of art. 11.07 sec. 3(b) of the C.C.P. While did not have any respone or notice of any kind or professional and common courtesy, request by me. Which I also filed a Writ of Mandumas to said Court for Clerk to file on Aug. 7, 2015 received by Mr. Arthur Simpson, Certified mail #7013 1090 0001 4902 4601; which I received back on Aug. 21, 2015. Clerk has failed to comply with the Texas Code of Criminal Procedure, Art. 11.07, section 3(c), correct me if I'm wrong I do not know nothing of how the law is apply or assign an attorney to help me move this forward...

Also you wrote me May 4, 2015 returning back writ application because it does not comply with Article 11.07, section 3(b).

Sincerely,
Gerardo Gonzalez
Pro se